IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JESSE D. PAGE                                                                                    PLAINTIFF

V.                                    CASE NO. 3:11CV000275 BSM/BD

DAN LANGSTON and
RON HARVEY                                                                                     DEFENDANTS

### ORDER

Jesse Page filed his original complaint pro se and is proceeding *in forma pauperis*. (Docket entry #3)  Because his original complaint was deficient, Mr. Page was ordered to file an amended complaint, and he has now done so.  (#5)

The Court has screened Mr. Page's amended complaint, and he has stated an eighth amendment claim against Defendants Langston and Harvey in their official capacities.  Accordingly, service is now proper for Defendants Harvey and May.

The Clerk of Court is directed to prepare a summons for Defendants Langston and Harvey.  The United States Marshal is directed to serve copies of the complaint and amended complaint with any attachments (docket entries #2 and #5), and the summons for these Defendants through the Greene County Detention Facility, 1809 North Rocking Chair Road, Paragould, Arkansas 72450, without prepayment of fees and costs or posting security.

IT IS SO ORDERED this 21st day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE