IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JESSE D. PAGE                                                                                               PLAINTIFF

V.                                       CASE NO. 3:11CV000275 BSM/BD

DAN LANGSTON and
RON HARVEY                                                                                              DEFENDANTS

## ORDER

Defendants have moved to dismiss this lawsuit based upon Mr. Page's apparent failure to update his address as required by the Local Rules for the Eastern District of Arkansas. (Docket entry #17) Defendants' Answers to Mr. Page's Interrogatories were returned to the Defendants' attorney. The envelope indicated that service was "refused." (#19-2 at p.1) Accordingly, it is unclear whether Mr. Page is still housed in the Greene County Jail or whether he has been released.

Mr. Page has thirty days to notify the Court whether he seeks to proceed with the claims raised in this lawsuit. If he has been released from the Greene County Jail, he must provide the Court a valid, updated address. Mr. Page's failure to comply with this Order may result in dismissal of his claims.

IT IS SO ORDERED this 15th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE