IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JESSE D. PAGE                                                                                          PLAINTIFF

V.                                       CASE NO. 3:11CV000275 BSM/BD

DAN LANGSTON and
RON HARVEY                                                                                          DEFENDANTS

RECOMMENDED DISPOSITION

I.  Procedure for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Brian S. Miller.  Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

>Mail objections and "Statements of Necessity" to:
>
>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## II.  Discussion

On December 6, 2011, Plaintiff Jesse D. Page, once an inmate in the Greene County Detention Facility, filed a complaint under 42 U.S.C. § 1983. (Docket entry #2) An Order was entered on December 8, 2011, granting Mr. Page's motion for leave to proceed *in forma pauperis*, but directing him to file an amended complaint within 30 days, clarifying his constitutional claims. Mr. Page timely filed his amended complaint, and the Court ordered service of process.

On February 14, 2012, Defendants filed a motion to dismiss Mr. Page's claims due to his failure to comply with Eastern District of Arkansas Local Rule 5.5, which requires pro se plaintiffs to promptly notify the Court and other parties to a proceeding of any change in address. (#17) Defendants' Answers to Mr. Page's Interrogatories were returned to the Defendants' attorney. The envelope indicated that service was "refused." (#19-2 at p.1)

The next day, Mr. Page was instructed to notify the Court whether he wished to proceed with this lawsuit and, if he had been released from the Greene County Detention Center, to provide the Court his current address. (#20)

Mr. Page has not complied with the Court order and the time do so has passed. He was warned that failure to comply with the February 15 Order could result in the dismissal of his case.

### III.  Conclusion

Mr. Page has not complied with the Court's Order and has failed to notify the Court of his new address. For that reason, the Defendant's motion to dismiss (#17) should be GRANTED. Mr. Page's complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 19th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE