IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JESSE D. PAGE                                                                                          PLAINTIFF

v.                                          CASE NO. 3:11CV00275 BSM

DAN LANGSTON, Sheriff of Greene County et al.                              DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 23] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.  Defendants' motion to dismiss [Doc. No. 17] is granted.

2.  Plaintiff Jesse D. Page's complaint is dismissed without prejudice.

3.  All pending motions are denied as moot.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 4th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE