**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JESSE D. PAGE**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:11CV00275 BSM**

**DAN LANGSTON, Sheriff of Greene County et al.**              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 4th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE